# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. CIV-23-1006-F |
| | ) |
| ROSS FISHER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 25, 2024, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (doc. no. 42), recommending Plaintiff's Motion for Emergency Preliminary Injunctive Relief (doc. no. 13) be denied.

Magistrate Judge Erwin advised plaintiff of his right to file an objection to the Report and Recommendation with the court clerk by December 13, 2024, and further advised him that failure to make timely objection waives the right to appellate review of both factual and legal issues therein contained.

To date, plaintiff has neither filed a timely objection to the Report and Recommendation with the court clerk nor requested from the court an extension of time to file one. With no timely objection being filed with the court clerk within the time specified by Magistrate Judge Erwin, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 42) issued by United States Magistrate Judge Shon T. Erwin on November 25, 2024 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

Plaintiff's Motion for Emergency Preliminary Injunctive Relief (doc. no. 13) is **DENIED**.

DATED this 7th day of January, 2025.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-1006p008.docx

2